R E V I S E D    04/30/12

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

F I L E D

April 26, 2012

Lyle W. Cayce
Clerk

No. 10-20868

_____

ACCESS MEDIQUIP L.L.C., a Texas Limited Liability Company,

Plaintiff - Appellant

v.

UNITEDHEALTHCARE INSURANCE COMPANY, A Connecticut
Corporation,

Defendant - Appellee

_____

Appeals from the United States District Court for the
Southern District of Texas, Houston

_____

ON PETITIONS FOR REHEARING AND REHEARING EN BANC

(Opinion November 8, 2011, 5 Cir., 2011, 662 F.3d 376)

Before JONES, Chief Judge, JOLLY, DAVIS, SMITH, GARZA, STEWART,
DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES,
GRAVES and HIGGINSON, Circuit Judges.[1]

BY  THE  COURT:

   A member of the court having requested a poll on the petition for

_____

   [1]Judge King did not participate.

rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify at a later date a briefing schedule for the filing of supplemental briefs.